**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

VERA ARNOLD
ADC #706169                                                              PLAINTIFF

V.                              4:05CV00013 JLH/JTR

CORRECTIONAL MEDICAL SERVICES, et al.                        DEFENDANTS

**<u>ORDER</u>**

Plaintiff,[1] who is currently incarcerated at the McPherson Unit of the Arkansas Department

of Correction ("ADC"), has filed a Motion for State Police Records. *See* docket entry #16. For the

reasons set forth herein, the Motion will be denied.

On June 8, 2005, Plaintiff filed a Motion asking the Court to compel the Arkansas State

Police, which is not a party to this action, to provide a "complete, uncensored copy" of the file in

Case No. CID-F-02445-05. According to Plaintiff, the requested case file contains information

regarding an investigation into "false allegations" inmate Georgia Weaver made against Plaintiff.

*See* docket entry #16 at ¶ 14.

Separate Defendants the ADC and ADC Director Larry Norris have filed a Response stating

that the requested case file has nothing to do with the claims Plaintiff has raised in this action and,

more importantly, that Plaintiff's counsel is free to obtain any information the ADC has regarding

the investigation by propounding the appropriate written discovery. *See* docket entry #33.

---

[1] Plaintiff is represented by counsel. In this action, she alleges that the Defendants have violated her constitutional rights and committed the state torts of negligence and medical malpractice when they: (1) forced her, against medical restrictions, to reside in barracks containing wool blankets; and (2) failed to provide her with adequate medical care for a lump under her right axilla, bladder problems, and asthma. *See* docket entry #18.

If Plaintiff believes that the Arkansas State Police has information in its files relevant to the claims asserted in this case, she should attempt to obtain the requested information by issuing a subpoena duces tecum or other discovery options available under the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for State Police Records (docket entry #16) is DENIED.

Dated this 27th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE