IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

VERA ARNOLD
ADC #706169                                                                                              PLAINTIFF

V.                                             4:05CV00013 JLH/JTR

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                               DEFENDANTS

## ORDER

On January 4, 2005, Plaintiff, who is represented by counsel, commenced this § 1983 action regarding the conditions of her confinement at the McPherson Unit of the Arkansas Department of Correction. *See* docket entry #18. Plaintiff has requested a jury trial, and the parties have not consented to proceed before a United States Magistrate Judge. *See* docket entry #2. This case has been pending for approximately eleven months, which should have been ample time for the parties to complete discovery. Thus, the Court hereby notifies the parties that any dispositive motions they intend to file in this matter must be received by the Court within forty-five days of the entry of this Order. Otherwise, the Court will notify the Honorable J. Leon Holmes, United States Chief District Judge, that this case is ready to be set on his docket for a jury trial.

IT IS THEREFORE ORDERED THAT the parties shall file any dispositive motions **within forty-five days** of the entry of this Order.

Dated this 21st November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE